JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ELYSSE GONZALEZ, an individual,

Plaintiff,

vs.

ADT LLC, a Delaware Limited Liability Company and DOES 1-50, inclusive,

Defendants.

**Case No.: 8:19-CV-02393-DOC (KESX)**
Judge: Hon. David O. Carter
Magistrate: Hon. Karen E. Scott
Ctrm: 9D

**ORDER GRANTING DISMISSAL WITH PREJUDICE**

///
///
///
///
///
///
///
///

ORDER GRANTING DISMISSAL WITH PREJUDICE

## **ORDER**

Based on the parties' Stipulation of Dismissal, it is hereby ORDERED that:

1.      All claims in the above-captioned action are dismissed in their entirety with prejudice; and

2.      Each party is to bear its own fees and costs.


**IT IS SO ORDERED.**

Dated: ____August 11____, 2020      _____

The Honorable David O. Carter

United States District Court Judge

2

ORDER GRANTING DISMISSAL WITH PREJUDICE